1  LAWRENCE G. BROWN
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

FILED

OCT 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01109-LJO-SMS |
| Plaintiff, | STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON |
| v. | |
| APPROXIMATELY $203,100.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX #014-110, HELD IN THE NAME OF ROBERT ELLAS ORNDOFF, and, | |
| APPROXIMATELY $22,450.00 IN U.S. CURRENCY SEIZED FROM UNION BANK SAFE DEPOSIT BOX #90-116, HELD IN THE NAME OF ROBERT ELLAS ORNDOFF, | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff United States of America and Claimant Robert Orndoff, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1.  Claimant Robert Orndoff is presently facing federal criminal charges in the Eastern District of California, *U.S. v. Ducas*, 1:09-CR-00036-LJO , allegedly relating to transactions or events which form the basis for this civil forfeiture action;

///

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon Claimant Robert Orndoff's right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Robert Orndoff has filed a claim and answer, or otherwise appeared in this action, and the time for which any other persons or entities to file a claim or answer has expired.

THEREFORE, the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against Robert Orndoff in the Eastern District of California.

2. The Scheduling Conference in the civil case scheduled for October 29, 2009, at 9:15 a.m. in Courtroom #7 before Magistrate Judge Sandra M. Snyder be vacated.

3. The parties are to promptly notify the Court when the criminal case resolves.

IT IS SO STIPULATED.

Date: 10/15/09

LAWRENCE G. BROWN
United States Attorney

DEANNA L. MARTINEZ
Assistant United States Attorney

Date: 10/29/09

MARK COLEMAN
Attorney for Claimant Robert Orndoff

IT IS SO ORDERED.

Dated: 10/29/09

SANDRA M. SNYDER
United States Magistrate Judge