BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

APR 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01109-LJO- SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $203,100.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX #014-110, HELD IN THE NAME OF ROBERT ELLAS ORNDOFF, and | |
| APPROXIMATELY $22,450.00 IN U.S. CURRENCY SEIZED FROM UNION BANK SAFE DEPOSIT BOX #90-116, HELD IN THE NAME OF ROBERT ELLAS ORNDOFF, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.   This is a civil forfeiture action against defendants approximately $203,100.00 in U.S. Currency Seized From Wells Fargo Safe Deposit Box #014-110, held in the name of Robert Ellas Orndoff, and approximately $22,450.00 in U.S. Currency Seized From Union Bank Safe Deposit Box #90-116, held in the name of Robert Ellas Orndoff (hereafter "defendant funds").

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 23, 2009, seeking the forfeiture of the defendant funds, alleging said funds are subject to forfeiture to

the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant funds constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or were used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

3. On June 30, 2009, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant funds was issued and duly executed on July 7, 2009.

4. Public notice of the forfeiture action was published on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days beginning July 15, 2009, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Declaration of Publication was filed with the Court on October 8, 2009.

5. In addition to the publication of the forfeiture action, actual notice was personally served upon Claimant Robert Ellas Orndoff and Hung Nguen. On July 22, 2009, Claimant Robert Ellas Orndoff filed a verified Claim and Answer in this action. To date, no other parties have filed claims or answers in this matter, and the time for which any other person or entity may file a claim and answer has expired.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Hung Nguen on October 23, 2009. Pursuant to Local Rule 540, the United States and Claimant Robert Ellas Orndoff thus join in a request that as part of this Final Judgment of Forfeiture case the Court enter a default judgment against the interests, if any, of Hung Nguen.

7. Claimant Robert Ellas Orndoff represents and warrants that he is the sole owner of the defendant funds.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimant Robert Ellas Orndoff, and all other potential claimants who have not filed claims in this action.

1  3. Upon entry of this Final Judgment of Forfeiture, $50,000.00 of the defendant
2  $203,100.00 in U.S. Currency seized from Wells Fargo Safe Deposit Box #014-110, held in the
3  name of Robert Ellas Orndoff, together with any interest that may have accrued on this amount, shall
4  be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to
5  law.

6  4. Within 45 days of entry of this Final Judgment of Forfeiture, $153,100.00 of the
7  defendant $203,100.00 in U.S. Currency seized from Wells Fargo Safe Deposit Box #014-110, held
8  in the name of Robert Ellas Orndoff and the defendant approximately $22,450.00 in U.S. Currency
9  seized from Union Bank Safe Deposit Box #90-116, held in the name of Robert Ellas Orndoff,
10 together with any interest that may have accrued on these amounts, shall be returned to Claimant
11 Robert Ellas Orndoff through his attorney Mark Coleman at 2445 Capitol Street, Suite 150, Fresno,
12 California 93721.

13 5. That plaintiff United States of America and its servants, agents, and employees, and
14 all other public entities, their servants, agents, and employees, are released from any and all liability
15 arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.
16 This is a full and final release applying to all unknown and unanticipated injuries, and/or damages
17 arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The
18 parties waived the provisions of California Civil Code § 1542.

19 6. That pursuant to the stipulation of the parties, and the allegations set forth in the
20 Complaint filed on or about June 23, 2009, the Court finds that there was reasonable cause for the
21 seizure and arrest of the defendant funds, and for the commencement and prosecution of this
22 forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be
23 entered accordingly.

24 7. All parties shall bear their own costs and attorneys' fees.
25 ///
26 ///
27 ///
28 ///

8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS __8th__ day of __April__, 2011.

_____
LAWRENCE J. O'NEILL
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 23, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

Dated: __4-8-11__

_____
LAWRENCE J. O'NEILL
United States District Judge